IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-225-KAJ |
| v. ) | |
| ) | |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | Trial By Jury Demanded |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(1) and (6), Defendants, Deloitte & Touche LLP and Deloitte & Touche USA LLP, incorrectly identified in the Complaint as Deloitte & Touche, LLP and Deloitte & Touche, USA, LLP, hereby move to dismiss Plaintiff's Complaint because this Court lacks jurisdiction over the subject matter and because the Complaint fails to state claims upon which relief may be granted. The grounds for this motion are more fully set forth in Defendants' Opening Brief in Support Of Their Motion To Dismiss, filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler

Sheldon N. Sandler (No. 245)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendants

Dated: May 5, 2006

## CERTIFICATE OF SERVICE

I, **Sheldon N. Sandler, Esquire**, hereby certify that on **Friday, May 5, 2006**, I electronically filed a true and correct copy of the foregoing **Motion to Dismiss,** which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such **Motion to Dismiss** was also hand delivered to the following counsel of record on this date.

>   Gary W. Aber, Esquire
>   Aber, Goldlust, Baker & Over
>   702 King Street, Suite 600
>   P.O. Box 1675
>   Wilmington, DE 19899-1675

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP

>   /s/ Sheldon N. Sandler
>   _____
>   Sheldon N. Sandler, Esquire (No. 0245)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, Delaware 19899-0391
>   Telephone: (302) 571-6673
>   Facsimile: (302) 576-3330
>   Email: ssandler@ycst.com
>   Attorneys for Defendant

DATED:    May 5, 2006