IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLAN D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-225-KAJ |
| v. | ) | |
| | ) | |
| DELOITTE & TOUCHE, LLP, | ) | |
| and DELOITTE & TOUCHE, USA, LLP, | ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## STIPULATION

It is hereby stipulated by and between the parties in the above-captioned matter that the Defendant's Reply Brief In Support of Their Motion to Dismiss will be due on Friday, June 16, 2006.

/s/  Sheldon N. Sandler
Sheldon N. Sandler (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendants

/s/ Gary W. Aber
Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
Wilmington, DE 19899-1675
Telephone:  (302) 472-4900
Facsimile:  (302) 472-4920
gaber@gablawde.com
Attorneys for Plaintiff

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge