IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-225-KAJ |
| v. ) | |
| ) | |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | Trial By Jury Demanded |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Pursuant to F.R.C.P. 12(b)(1) and (6) and 56, Defendants, Deloitte & Touche LLP and Deloitte & Touche USA LLP, incorrectly identified in the Complaint as Deloitte & Touche, LLP and Deloitte & Touche, USA, LLP, hereby move to dismiss Count V of Plaintiff's Amended Complaint. The grounds for this motion are more fully set forth in Defendants' Opening Brief in Support Of Their Motion To Dismiss or, Alternatively, for Summary Judgment, which has been filed contemporaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ S. N. Sandler_
Sheldon N. Sandler (No. 245)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendants

Dated: June 20, 2006

## CERTIFICATE OF SERVICE

I, **Sheldon N. Sandler, Esquire**, hereby certify that on **Tuesday, June 20, 2006**, I electronically filed a true and correct copy of the foregoing **Motion to Dismiss Or, Alternatively, For Summary Judgment** which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such **Motion to Dismiss Or, Alternatively, For Summary Judgment** was also hand delivered to the following counsel of record on this date.

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 0245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendant

DATED:    June 20, 2006