IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| Plaintiff, | ) ) ) ) C.A. No.: 06-225 (KAJ) |
| v. | ) ) Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, and DELOITTE & TOUCHE, USA, LLP, | ) ) ) |
| Defendants | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties that the briefing on the Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment should proceed as follows:

1. Plaintiff's Opening Brief     July 10, 2006

2. Defendant's Reply Brief     July 19, 2006

ABER, GOLDLUST, BAKER & OVER     YOUNG CONAWAY STARGATT & TAYLOR

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

/s/ Sheldon N. Sandler
SHELDON N. SANDLER (DSB #245)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6673
Attorney for Defendant

SO ORDERED this _____ day of _____, 2006

_____
The Honorable Kent A. Jordan