IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL,<br>          Plaintiff,<br><br>v.<br><br>DELOITTE & TOUCHE, LLP,<br>and DELOITTE & TOUCHE, USA, LLP,<br><br>          Defendants. | )<br>)<br>)  C.A. No. 06-225-KAJ<br>)<br>)<br>)<br>)  Trial By Jury Demanded<br>)<br>) |

## MOTION TO STRIKE OR, ALTERNATIVELY, TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Rules 15(a), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, Deloitte & Touche LLP and Deloitte & Touche USA LLP, hereby move to strike or, alternatively, to dismiss Plaintiff's Second Amended Complaint because the complaint was untimely served without leave of Court or consent of Defendants and because, as to Count V of the Complaint, the Court lacks jurisdiction over the subject matter and it fails to state claims upon which relief may be granted.

The grounds for this motion are more fully set forth in Defendants' Opening Brief in Support of Their Motion to Strike or, Alternatively, to Dismiss Plaintiff's Second Amended Complaint, filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Sheldon N. Sandler_
Sheldon N. Sandler (Bar I.D. 245)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendants

DATED: July 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006, I electronically filed a true and correct copy of the foregoing **Defendants' Motion to Strike or, Alternatively, to Dismiss Plaintiff's Second Amended Complaint** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such **Defendants' Motion to Strike or, Alternatively, to Dismiss Plaintiff's Second Amended Complaint** was also hand delivered to the following counsel of record on this date.

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler (Bar I.D. 245)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendants

DATED: July 12, 2006