LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

September 26, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE:  Paul v. Deloitte & Touche, et.al.
     C.A. No.: 06-225 (KAJ)

Dear Judge Jordan:

Presently pending before Your Honor is the Defendant's Motion for Partial Dismissal in this case. This is a case brought under the "ADEA" for age discrimination. There is no challenge to the jurisdiction of this Court to consider that matter. The defendant's motion to dismiss deals with the State claims, asserting supplemental jurisdiction.

In light of Your Honor's hopeful career advancement, I am concerned that this matter may not be set out for a scheduling order, for sometime. Since there is no dispute as to the appropriateness of the Federal "ADEA" claim, I am requesting a scheduling conference with the Court so that this matter can proceed, pending decision to dismiss the supplemental jurisdictional claims. I have discussed this matter with defendant's attorney, and he does not agree to my request.

Thank you for Your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc:  Sheldon N. Sandler, Esquire