# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W IOBST
RICHARD H MORSE
DAVID C MCBRIDE
JOSEPH M NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L PATTON, JR
ROBERT L THOMAS
WILLIAM D JOHNSTON
TIMOTHY J SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F ROBERTS
RICHARD J A POPPER
TERESA A CHEEK

NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
MARTIN S LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A HOLT
JOHN T DORSEY
M BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J PASCHETTO
NORMAN M POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6673
DIRECT FAX: 302-576-3330
ssandler@ycst.com

LISA A ARMSTRONG
GREGORY J BABCOCK
JOSEPH M BARRY
SEAN M BEACH
DONALD J BOWMAN, JR
TIMOTHY P CAIRNS
KARA HAMMOND COYLE
MARGARET M DIBIANCA
MARY F DUGAN
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
SEAN T GREECHER
STEPHANIE L HANSEN
DAWN M JONES
RICHARD S JULIE
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
KAREN LANTZ

TIMOTHY E LENGKEEK
ANDREW A LUNDGREN
MATTHEW B LUNN
JOSEPH A MALFITANO
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
ADAM W POFF
SETH J REIDENBERG
SARA BETH A REYBURN
KRISTEN R SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T SQUIRE
MICHAEL P STAFFORD
CHAD S C STOVER (SC ONLY)
JOHN E TRACEY
MARGARET B WHITEMAN
SHARON M ZIEG

SPECIAL COUNSEL
JOHN D MCLAUGHLIN, JR
ELENA C NORMAN
KAREN L PASCALE
PATRICIA A WIDDOSS

SENIOR COUNSEL
CURTIS J CROWTHER

OF COUNSEL
BRUCE M STARGATT
STUART B YOUNG
EDWARD B MAXWELL, 2ND

September 27, 2006

**BY EFILE**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

  Re: **Paul v. Deloitte & Touche, LLP, et al.**
    **C.A. No. 06-225**

Dear Judge Jordan:

  In response to Mr. Aber's letter of September 26, 2006, the Defendants oppose the Plaintiff's request. Until the Defendants know what causes of action they are going to be defending against, it will be difficult to proceed with discovery. For example, the nature of the discovery in an ADEA case would be considerably different from the discovery in a claim under the implied covenant of good faith and fair dealing. Therefore, Defendants submit that it would be preferable to await the disposition of the pending motions addressed to the state law claims.

           Respectfully yours,

           Sheldon N. Sandler

SNS:sde
cc: Andrew N. Wells, Esquire
   Ella Solomons, Esquire