IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-00225-KAJ |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, | ) | |
| and DELOITTE & TOUCHE, USA, LLP, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's First Request for Production of Documents Directed to Defendants was filed via electronic filing on January 3, 2007.

                                               ABER, GOLDLUST, BAKER & OVER

                                               _____/s/ Gary W. Aber_____
                                               GARY W. ABER (DSB #754)
                                               First Federal Plaza, Suite 600
                                               702 King Street, P.O. Box 1675
                                               Wilmington, DE  19899
                                               302-472-4900
DATED: January 3, 2007                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on January 3, 2007:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire