IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-225-*** |
| v. | ) |
| | ) |
| DELOITTE & TOUCHE LLP, | ) |
| and DELOITTE & TOUCHE USA LLP, | ) Trial By Jury Demanded |
| | ) |
| Defendants. | ) |

**JOINT CONSENT TO THE EXERCISE OF
JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

**IT IS SO STIPULATED:**

ABER, GOLDLUST, BAKER & OVER         YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/  Gary W. Aber*                               */s/     Sheldon N. Sandler*
_____       _____
Gary W. Aber, Esquire                         Sheldon N. Sandler, Esquire
Delaware Bar No. 754                         Delaware Bar No. 245
702 King Street, Suite 600                    1000 West Street, 17th Floor
P.O. Box 1675                                 P.O. Box 391
Wilmington, DE 19899-1675                     Wilmington, DE 19899-0391
(302) 472-4900                                (302) 571-6676
Attorneys for Plaintiff                       Attorneys for Defendant

DATED:   February 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    C.A. No. 06-225-*** |
| v. | ) |
| | ) |
| DELOITTE & TOUCHE, LLP, | ) |
| and DELOITTE & TOUCHE, USA, LLP, | )    Trial By Jury Demanded |
| | ) |
|     Defendants. | ) |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

                                                                                       _____
                                                                                       **UNITED STATES DISTRICT JUDGE**

Dated:   February ___, 2007