IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELOITTE & TOUCHE, LLP, )<br>and DELOITTE & TOUCHE, USA, LLP, )<br>)<br>Defendants ) | C.A. No.: 06-00225-KAJ<br><br>Trial By Jury Demanded |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's Second Request for Production of Documents Directed to Defendants and Plaintiff's Interrogatories directed to defendant were served via hand delivery to the following counsel on August 8, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

ABER, GOLDLUST, BAKER & OVER

_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  August 8, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on August 8, 2007:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire