IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. PAUL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-225-MPT |
| DELOITTE & TOUCHE LLP, and DELOITTE & TOUCHE USA LLP | : | |
| Defendants. | : | |

### ORDER

At Wilmington, this **20th** day of **August, 2007**.

For the reasons contained in the August 20, 2007 Memorandum Opinion.

IT IS ORDERED and ADJUDGED as follows:

    1. Defendants' motion to dismiss Counts III and IV (D.I. 5) is GRANTED.

    2. Defendants' motion to dismiss Count V (D.I. 12) is GRANTED.

    3. Defendants' motion for summary judgment on Count V is DENIED as moot.

UNITED STATES MAGISTRATE JUDGE