IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-225 XXX |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, | ) | |
| and DELOITTE & TOUCHE, USA, LLP, | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff's First Set of Interrogatories Directed to Defendants was hand delivered to the following counsel on August 29, 2007.

                                        ABER, GOLDLUST, BAKER & OVER

                                        _____/s/ Gary W. Aber_____
                                        GARY W. ABER (DSB #754)
                                        First Federal Plaza, Suite 600
                                        702 King Street, P.O. Box 1675
                                        Wilmington, DE  19899
                                        302-472-4900
DATED:  August 29, 2007               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on August 29, 2007:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire