Law Offices
# ABER, GOLDLUST, BAKER & OVER
(An Association of Law Practices)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, Delaware 19899-1675

Gary W. Aber, P.C.
Perry F. Goldlust, P.A.*
Darrell J. Baker, P.A.
Susan C. Over, P.C.
Shauna T. Hagan
Saagar B. Shah
Joanne A. Shallcross**

(302) 472-4900
TELECOPIER (302) 472-4920

September 14, 2007

* ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

RE: Paul v. Deloitte & Touche, et.al.
C.A. No.: 06-225***

Dear Judge Thynge:

Today is the date that the scheduling order in this matter required a status report. This letter will serve as the plaintiff's status report, which, I have also discussed with the defendant.

As of this date, since Your Honor's recent ruling on the defendant's motion to dismiss the state claims, the parties have now exchanged initial documents, and are in the process of scheduling depositions. There are no significant problems that have arisen at this time. However, because of plaintiff's counsel's personal situation, there may be requests to alter the scheduling order in this matter. It is my hope to discuss this further with Mr. Sandler and report back to the Court on or before, September 17, 2007 or September 18, 2007.

Thank you for Your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc:     Sheldon N. Sandler, Esquire