IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 06-225-MPT |
| | : |
| DELOITTE & TOUCHE LLP, and | : |
| DELOITTE & TOUCHE USA LLP, | : |
| | : |
| Defendants. | : |

## AMENDED SCHEDULING ORDER

At Wilmington this **25th** day of **September, 2007**.

IT IS ORDERED that the Amended Scheduling Order dated September 21, 2007 is hereby amended as follows:

    11.    <u>Pretrial Conference.</u>  On August 15, 2008, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 4:30 p.m.  Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfied the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3).  The parties shall file with the Court the joint proposed final pretrial order on or before **August 1, 2008.**

    Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

    /s/ Mary Pat Thynge
    UNITED STATES MAGISTRATE JUDGE