IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-225-MPT |
| v. | ) | |
| | ) | |
| DELOITTE & TOUCHE LLP and | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:  Gary W. Aber, Esquire
  Aber, Goldlust, Baker & Over
  702 King Street, Suite 600
  P.O. Box 1675
  Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff Alan D. Paul on Thursday, November 1, 2007 at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, 10th Floor, Rodney Square North, Wilmington, DE 19899.

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
Maribeth L. Minella, Esquire (No. 4185
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendants

DATED:  September 26, 2007
cc:  Wilcox & Fetzer