IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-225-MPT |
| v. ) | |
| ) | |
| DELOITTE & TOUCHE LLP, ) | |
| and DELOITTE & TOUCHE USA LLP, ) | Trial By Jury Demanded |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I, Maribeth L. Minella, Esquire, hereby certify that on September 28, 2007, I caused a true and correct copy of **Defendants' Initial Disclosures** and **Notice of Service** to be served upon the following:

**By CM/ECF and Hand Delivery**

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675


YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ Maribeth L. Minella
Sheldon N. Sandler (No. 245)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6673; (302) 571-6708
(302) 576-3330; (302) 576-3317
ssandler@ycst.com; mminella@ycst.com
Attorneys for Defendants

DATED: September 28, 2007