IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-00225-KAJ |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's Third Request for Production of Documents Directed to Defendants were served via hand delivery to the following counsel on October 2, 2007:

        Sheldon N. Sandler, Esquire
        Young, Conaway, Stargatt & Taylor
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899

        ABER, GOLDLUST, BAKER & OVER

        _____/s/ Gary W. Aber_____
        GARY W. ABER (DSB #754)
        First Federal Plaza, Suite 600
        702 King Street, P.O. Box 1675
        Wilmington, DE  19899
        302-472-4900
DATED:  October 2, 2007        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on October 2, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

>                     /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire