IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-225-MPT |
| v. | ) |
| | ) |
| DELOITTE & TOUCHE LLP and | ) |
| DELOITTE & TOUCHE USA LLP, | ) Trial By Jury Demanded |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Maribeth L. Minella, Esquire, Esquire, hereby certify that on October 18, 2007, copies of Defendants' Responses to Plaintiff's (Revised) First Set of Interrogatories; Defendants' Responses to Plaintiff's Second Request for Production; and Defendants' Responses to Plaintiff's Third Request for Production were served by electronic filing and hand delivery upon the following:

      Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      P.O. Box 1675
      Wilmington, DE 19899-1675

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Maribeth L. Minella
Sheldon N. Sandler, Esquire (No. 245)
Maribeth L. Minella, Esquire (No. 4185
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
Attorneys for Defendants