IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-225-MPT |
| v. | ) | |
| | ) | |
| DELOITTE & TOUCHE LLP and | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on November 2, 2007, copies of **Defendant's First Request for Production of Documents** and **Notice of Service** were served by hand delivery upon the following counsel of record:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899-1675

.

> */s/ Sheldon N. Sandler*
> Sheldon N. Sandler, Esquire (No. 245)
> Maribeth L. Minella, Esquire (No. 4185
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391, Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> Email: ssandler@ycst.com
> Attorneys for Defendants

DATED:    November 2, 2007