## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-225-MPT |
| DELOITTE & TOUCHE LLP, and DELOITTE & TOUCHE USA LLP, | : |
| Defendants. | : |

### ORDER

At Wilmington this **13th** day of **November, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 21, 2007 at 8:30 a.m.** with Magistrate Judge Thynge to address a discovery dispute. **Gary W. Aber, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE