IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-00225-KAJ |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's Fifth Request for Production of Documents to Defendants and Plaintiff's Second Set of Interrogatories to Defendant served via hand delivery to the following counsel on November 28, 2007:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>ABER, GOLDLUST, BAKER & OVER


>_____/s/ Gary W. Aber_____
>GARY W. ABER (DSB #754)
>First Federal Plaza, Suite 600
>702 King Street, P.O. Box 1675
>Wilmington, DE  19899
>302-472-4900

DATED:  November 28, 2007                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on November 28, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

>>>>> /s/ Melissa A. Chionchio
>>>>> Melissa A. Chionchio
>>>>> Secretary to Gary W. Aber, Esquire