IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL,                    )<br>                                              )<br>        Plaintiff,                  )<br>                                              )   C.A. No.: 06-225 (MPT)<br>    v.                                    )<br>                                              )   Trial By Jury Demanded<br>DELOITTE & TOUCHE, LLP,   )<br>and DELOITTE & TOUCHE, USA, LLP, )<br>                                              )<br>        Defendants            ) | |

### NOTICE OF 30(b)(6) DEPOSITION DUCES TECUM[1]

TO:   Sheldon N. Sandler, Esquire
        Young, Conaway, Stargatt & Taylor
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Rule 30(b)(6), Federal Rules of Civil Procedure, the defendants, are to designate the appropriate personnel to testify as to the process and mechanism by which the plaintiff was removed as a member Deloitte & Touche, LLP  for a deposition to be taken on December 11, 2007 beginning at 1:30 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  November 29, 2007

---

[1] The deponent is to produce all documents relating to referring to, or mentioning the mechanisms by which the defendant was to be removed as a member of Deloitte & Touche, LLP.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on November 29, 2007 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>_____/s/ Melissa A. Chionchio_____
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire