IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-00225-KAJ |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff's Responses to Defendants' First Request for Production of Documents Directed to Plaintiff were served via hand delivery to the following counsel on December 7, 2007:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

                ABER, GOLDLUST, BAKER & OVER

                _____/s/ Gary W. Aber_____
                GARY W. ABER (DSB #754)
                First Federal Plaza, Suite 600
                702 King Street, P.O. Box 1675
                Wilmington, DE 19899
                302-472-4900
DATED: December 7, 2007      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on December 7, 2007:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire