OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 21, 2007

Maribeth L. Minella, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street
P.O. Box 391
Wilmington, DE 19899

**Re: Paul v. Deloitte & Touche, CA No. 06-225-MPT**
**Deficiency as to: Defendants' motion to limit plaintiff's written discovery (D.I. 75)**

Dear Counsel,

   Pursuant to Local Rule 5.1.2, I write to report the Clerk has accepted the above paper for docketing, but the Court will take no action with regard to the matter until the following deficiency is corrected:

   1. The filing of a discovery related motion does not conform with paragraph 3(e) of the Amended Scheduling Order (D.I. 54).

Sincerely,

**Peter T. Dalleo**
**Clerk of Court**

/ntl
cc: Honorable Mary Pat Thynge