IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-225-MPT |
| v. | ) |
| | ) |
| DELOITTE & TOUCHE LLP, | ) |
| and DELOITTE & TOUCHE USA LLP, | ) Trial By Jury Demanded |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF MOTION

Defendants, by and through their undersigned counsel, seek to withdraw their Motion to Limit Plaintiff's Written Discovery (D.I. 75). Defendants' did not file their Motion in accordance with paragraph 3(e) of the Court's Scheduling Order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maribeth L. Minella*
Sheldon N. Sandler (No. 245)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6673; (302) 571-6708
(302) 576-3330; (302) 576-3317
ssandler@ycst.com; mminella@ycst.com
Attorneys for Defendants

Dated: January 2, 2008