## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ALAN D. PAUL,                                    :
                                                 :
                          Plaintiff,             :
                                                 :
              v.                                 :    Civil Action No. 06-225-MPT
                                                 :
DELOITTE & TOUCHE LLP, and                       :
DELOITTE & TOUCHE USA LLP,                       :
                                                 :
                          Defendants.            :

## <u>ORDER</u>

At Wilmington this **7th** day of **January, 2008.**

IT IS ORDERED that the status teleconference scheduled for Tuesday, January 8, 2008 at 8:30 a.m. with Judge Thynge is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Thursday, January 10, 2008 at 9:30 a.m.** with Judge Thynge to discuss the status of the case and to address discovery issues. **Gary W. Aber, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE