IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-225-MPT |
| : | |
| DELOITTE & TOUCHE LLP, and : | |
| DELOITTE & TOUCHE USA LLP, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **10th** day of **January, 2008.**

A teleconference was held on January 10, 2008 with counsel to address discovery issues raised in D.I. 80, 81, 82 and 83.

IT IS ORDERED that the transcript of the January 10, 2008 teleconference containing the discussions and rulings made by the Court shall serve as the Order in this matter.

IT IS FURTHER ORDERED that a status/scheduling teleconference has been scheduled for **Tuesday, February 12, 2008 at 2:00 p.m.  Gary W. Aber, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE