IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL,               )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>DELOITTE & TOUCHE, LLP,       )<br>and DELOITTE & TOUCHE, USA, LLP, )<br>                              )<br>        Defendants            ) | C.A. No.: 06-225 (MPT)<br><br>Trial By Jury Demanded |

### NOTICE OF DEPOSITION

TO:   Sheldon N. Sandler, Esquire
      Young, Conaway, Stargatt & Taylor
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the deposition of Frank Marcos on February 18, 2008 beginning at 9:15 a.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

                                ABER, GOLDLUST, BAKER & OVER

                                    /s/ Gary W. Aber
                                GARY W. ABER (DSB #754)
                                702 King Street, Suite 600
                                P.O. Box 1675
                                Wilmington, DE  19899
                                302-472-4900
                                Attorney for Plaintiff

DATED: January 21, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on January 22, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>　　　/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire