IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALAN D. PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-225-MPT |
| v. | ) | |
| | ) | |
| DELOITTE & TOUCHE  LLP and | ) | |
| DELOITTE & TOUCHE USA LLP, | ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on February 12, 2008,  a true

and correct copy of  **Defendants' Responses to Plaintiff's Second Set of Interrogatories**,

**Defendants' Supplemental Production of Documents**, bates-labeled D01041-1042 and this

**Notice of Service** were served by hand delivery upon the following counsel of record:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675

.

/s/  Sheldon N. Sandler
Sheldon N. Sandler, Esquire (No. 245)
Maribeth L. Minella, Esquire (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391, Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendants

DATED:      February 12, 2008