**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

ALAN D. PAUL,                                   :
                                                :
                        Plaintiff,              :
                                                :
            v.                                  :    Civil Action No. 06-225-MPT
                                                :
DELOITTE & TOUCHE LLP, and                      :
DELOITTE & TOUCHE USA LLP,                      :
                                                :
                        Defendants.             :

## <u>ORDER</u>

At Wilmington this **13**th day of **February, 2008.**

IT IS ORDERED that this matter is referred to Magistrate Judge Leonard

P. Stark for the purposes of exploring the possibility of a settlement.

Local counsel are reminded of their obligations to inform out-of-state

counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE