IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-00225 MPT |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE LLP ) | |
| and DELOITTE & TOUCHE USA LLP, ) | |
| ) | |
| Defendants ) | |

## AMENDED SCHEDULING ORDER

The Court having conducting a Status Teleconference on the 12th day of February, 2008, IT IS ORDERED that:

1. Discovery in this case shall be completed on or before June 16, 2008.

2. <u>Expert Witnesses.</u>   Plaintiff shall make disclosure of his expert witnesses on or before April 15, 2008. Defendants' shall disclose their expert witnesses on or before May 15, 2008.

3. <u>Case-dispositive motions.</u>   All case-dispositive motions, and opening brief, and affidavits, if any, in support of the Motion shall be served and filed on or before July 18, 2008. Briefing will be pursuant to the Court's Local Rules.

4. <u>Pretrial Conference.</u>   On January 26, 2009, the Court will hold a final Pretrial Conference in Chambers with counsel beginning at 9:00 a.m. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order on or before January 16, 2009.

5. <u>Motions in Limine</u>. Motions in limine shall not be separately filed. All in limine requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five in limine requests, unless otherwise permitted by the Court. The in limine request and any response shall contain the authorities relied upon; each in limine request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party is supporting or opposing an in limine request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on in limine requests, unless otherwise permitted by the Court.

6. <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

7. This matter is scheduled for a five day jury trial beginning at 9:30 a.m. on February 9, 2009. For the purpose of completing pretrial preparations, counsel shall plan on each side being allocated a total of eleven hours to present their case.

ABER, GOLDLUST, BAKER & OVER        YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Gary W. Aber                                /s/ Sheldon N. Sandler

| | |
|---|---|
| Gary W. Aber, Esquire (No. 754) | Sheldon N. Sandler (No. 245) |
| 702 King Street, Suite 600 | Maribeth L. Minella (No. 4185) |
| P.O. Box 1675 | The Brandywine Building |
| Wilmington, DE 19899-1675 | 1000 West Street, 17th Floor |
| (302) 472-4900 | P.O. Box 391 |
| gaber@gablawde.com | Wilmington, Delaware 19899-0391 |
| Attorney for Plaintiff | (302) 571-6673; (302) 571-6708 |
| | (302) 576-3330; (302) 576-3317 |
| | ssandler@ycst.com; mminella@ycst.com |
| | Attorneys for Defendants |

SO ORDERED THIS _14_ day of _February_, 2008.

United States Magistrate Judge