IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   C.A. No.: 06-225 (MPT) |
| v. | ) |
| | )   Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, | ) |
| and DELOITTE & TOUCHE, USA, LLP, | ) |
| | ) |
|     Defendants | ) |

## NOTICE OF DEPOSITION

TO:   Sheldon N. Sandler, Esquire
        Young, Conaway, Stargatt & Taylor
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Patricia Horn on Tuesday, March 11, 2008 beginning at 1:00 p.m. at the offices of Deloitte & Touche, LLP located at the Paramount Building, 1633 Broadway, New York, NY.

                                      ABER, GOLDLUST, BAKER & OVER

                                         /s/ Gary W. Aber
                                      GARY W. ABER (DSB #754)
                                      702 King Street, Suite 600
                                      P.O. Box 1675
                                      Wilmington, DE  19899
                                      302-472-4900
                                      Attorney for Plaintiff

DATED:  March 7, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 7, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire