IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-225 (MPT) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

### NOTICE OF DEPOSITION

TO:   Sheldon N. Sandler, Esquire
      Young, Conaway, Stargatt & Taylor
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Steve Severin on Tuesday, March 11, 2008 beginning at 10:30 at the offices of Deloitte & Touche, LLP located at the Paramount Building, 1633 Broadway, New York, NY.

                                                                                       ABER, GOLDLUST, BAKER & OVER

                                                                                 /s/ Gary W. Aber
                                                            GARY W. ABER (DSB #754)
                                                            702 King Street, Suite 600
                                                            P.O. Box 1675
                                                            Wilmington, DE  19899
                                                            302-472-4900
                                                            Attorney for Plaintiff

DATED:  March 7, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 7, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

  /s/ Melissa A. Chionchio  
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire
