IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-225 (MPT) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

## RE-NOTICE OF DEPOSITION

TO:  Sheldon N. Sandler, Esquire
   Young, Conaway, Stargatt & Taylor
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the deposition of Frank Marcos on April 1, 2008 beginning at 10:00 a.m. in the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

ABER, GOLDLUST, BAKER & OVER

   /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  March 19, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 19, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>      /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire