IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-225 (MPT) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties in the above captioned matter, that any discovery promulgated, answered, and/or used in the Delaware Superior Court, in and for New Castle County action captioned: <u>Paul v. Deloitte & Touche, LLP, et.al.</u>, C.A. No.: 07C-10-113(JOH), may also be used in this litigation.

ABER, GOLDLUST, BAKER & OVER       YOUNG CONAWAY STARGATT & TAYLOR

 /s/ Gary W. Aber                          /s/ Sheldon N. Sandler
GARY W. ABER (DSB #754)            SHELDON N. SANDLER (DSB #245)
First Federal Plaza, Suite 600            1000 West Street, 17th Floor
702 King Street, P.O. Box 1675          P.O. Box 391
Wilmington, DE  19899                   Wilmington, DE  19899
302-472-4900                              (302) 571-6673
Attorney for Plaintiff                     Attorney for Defendant

SO ORDERED this _____ day of _____, 2008

_____
The Honorable Mary Pat Thynge