IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-225 (MPT) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF DEPOSITION**

TO:  Sheldon N. Sandler, Esquire
     Young, Conaway, Stargatt & Taylor
     1000 West Street, 17th Floor
     P.O. Box 391
     Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the deposition of Michael Burton, April 15, 2008 at 1:00 p.m. at the offices of Aber, Goldlust, Baker & Over, Suite 600, First Federal Plaza, 702 King Street, Wilmington, DE 19801.

                                                            ABER, GOLDLUST, BAKER & OVER

                                                                /s/ Gary W. Aber
                                                         GARY W. ABER (DSB #754)
                                                         702 King Street, Suite 600
                                                         P.O. Box 1675
                                                         Wilmington, DE  19899
                                                         302-472-4900
                                                          Attorney for Plaintiff

DATED:  March 27, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 27, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire