Case 1:06-cv-00225-MPT   Document 101   Filed 03/27/2008   Page 1 of 1
Case 1:06-cv-00225-MPT   Document 99   Filed 03/26/2008   Page 1 of 1

99

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 06-225 (MPT) |
| v. | ) |
| | ) Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, | ) |
| and DELOITTE & TOUCHE, USA, LLP, | ) |
| | ) |
| Defendants | ) |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties in the above captioned matter, that any discovery promulgated, answered, and/or used in the Delaware Superior Court, in and for New Castle County action captioned: <u>Paul v. Deloitte & Touche, LLP, et.al.</u>, C.A. No.: 07C-10-113(JOH), may also be used in this litigation.

| ABER, GOLDLUST, BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ Gary W. Aber | /s/ Sheldon N. Sandler |
| GARY W. ABER (DSB #754) | SHELDON N. SANDLER (DSB #245) |
| First Federal Plaza, Suite 600 | 1000 West Street, 17th Floor |
| 702 King Street, P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-472-4900 | (302) 571-6673 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED this _26_ day of _March_, 2008

_____
The Honorable Mary Pat Thynge