IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-00225-MPT |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff's Seventht Request for Production of Documents

Directed to Defendants was hand delivered to the following counsel on March 28, 2008

       Sheldon N. Sandler, Esquire
       Young, Conaway, Stargatt & Taylor
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, DE  19899

       ABER, GOLDLUST, BAKER & OVER

       _____/s/ Gary W. Aber_____
       GARY W. ABER (DSB #754)
       First Federal Plaza, Suite 600
       702 King Street, P.O. Box 1675
       Wilmington, DE  19899
       302-472-4900
DATED:  March 28, 2008       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading were hand delivered to the following counsel on March 28, 2008:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire