## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Alan D. Paul,                                :
                                             :
                    Plaintiff,               :
                                             :
        v.                                   :        Civ. No. 06-225-MPT
                                             :
Deloitte & Touche LLP, and                   :
Deloitte & Touche USA LLP,                   :
                                             :
                    Defendants.              :

## ORDER

At Wilmington this **23rd** day of **April, 2008**:

IT IS ORDERED that the mediation conference scheduled for **May 19th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **June 17, 2005 at 10:00 am**. The order issued on February 13th, 2008 shall continue to govern the mediation conference and statements.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE