## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Alan D. Paul,                                    :
                                                 :
                    Plaintiff,                   :
                                                 :
         v.                                      :         Civ. No. 06-225-MPT
                                                 :
Deloitte & Touche LLP, and                       :
Deloitte & Touche USA LLP,                       :
                                                 :
                    Defendants.                  :

## AMENDED ORDER

At Wilmington this **24**[rd] day of **April, 2008**:

IT IS ORDERED that the mediation conference scheduled for **June 17th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **June 19th, 2008 at 10:00 am**.

IT IS FURTHER ORDERED that the order issued on February 13th, 2008 shall continue to govern the mediation conference and the statements are now due on or before **June 3rd, 2008.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE