IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-225-MPT |
| v. | ) |
| | ) |
| DELOITTE & TOUCHE LLP, | ) |
| and DELOITTE & TOUCHE USA LLP, | ) Trial By Jury Demanded |
| | ) |
| Defendants. | ) |

**AMENDED STIPULATION REGARDING DISCOVERY AND PROTECTIVE ORDER**

IT IS HEREBY STIPULATED by and between the parties in the above-captioned matter that any discovery promulgated, answered, and/or used in the action captioned <u>Paul v. Deloitte & Touche, LLP, et al.</u>, C.A. No. 07C-10-113 JOH and pending in the Superior Court of the State of Delaware in and for New Castle County (the "State Court Case") may also be used in the above-captioned matter.

IT IS HEREBY FURTHER STIPULATED that the terms of the Confidentiality Stipulated and Protective order, dated June 27, 2007 and filed in the above-captioned matter [D.I. 46], shall apply to the State Court Case.

| | |
|---|---|
| /s/ Gary W. Aber | /s/ Sheldon N. Sandler |
| Gary W. Aber (No. 754) | Sheldon N. Sandler (No. 245) |
| Aber, Goldlust, Baker & Over | Young Conaway Stargatt & Taylor, LLP |
| 702 King Street, P.O. Box 1675 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| (302) 472-4900 | Wilmington, DE 19899-391 |
| | (302) 571-6673 |
| Attorney for Plaintiff | Attorney for Defendants |

SO ORDERED this ____14____ day of __May__, 2008.

The Honorable Mary Pat Thynge