IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 06-225 (MPT) |
| v. | ) |
| | ) Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, | ) |
| and DELOITTE & TOUCHE, USA, LLP, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF DEPOSITION

TO: Sheldon N. Sandler, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Mark E. Berkowitz on Tuesday, May 21, 2008 beginning at 1:00 p.m. at the offices of Deloitte & Touche, LLP located at the 200 Berkley Street, Boston, MA.

                                            ABER, GOLDLUST, BAKER & OVER

                                            /s/ Gary W. Aber
                                        GARY W. ABER (DSB #754)
                                        702 King Street, Suite 600
                                        P.O. Box 1675
                                        Wilmington, DE  19899
                                        302-472-4900
                                        Attorney for Plaintiff

DATED: May 15, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 8, 2008 to the following counsel:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

>                     /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire