IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 06-225 (MPT) |
| v. ) | |
| ) | Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, ) | |
| and DELOITTE & TOUCHE, USA, LLP, ) | |
| ) | |
| Defendants ) | |

### NOTICE OF DEPOSITION

TO:   Sheldon N. Sandler, Esquire
      Young, Conaway, Stargatt & Taylor
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Michael Porter on Tuesday, May 21, 2008 beginning at 9:00 a.m. at the offices of Deloitte & Touche, LLP located at the 200 Berkley Street, Boston, MA.

                                        ABER, GOLDLUST, BAKER & OVER

                                            /s/ Gary W. Aber
                                        GARY W. ABER (DSB #754)
                                        702 King Street, Suite 600
                                        P.O. Box 1675
                                        Wilmington, DE  19899
                                        302-472-4900
                                        Attorney for Plaintiff

DATED:  May 15, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 8, 2008 to the following counsel:

> Sheldon N. Sandler, Esquire
> Young, Conaway, Stargatt & Taylor
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899

        /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire