IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DELOITTE & TOUCHE, LLP, )<br>and DELOITTE & TOUCHE, USA, LLP, )<br>)<br>   Defendants ) | C.A. No.: 06-225 (MPT)<br><br>Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO:  Sheldon N. Sandler, Esquire
　　　Young, Conaway, Stargatt & Taylor
　　　1000 West Street, 17th Floor
　　　P.O. Box 391
　　　Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Patricia Horn on Tuesday, May 21, 2008 beginning at 10:00 a.m. at the offices of Deloitte & Touche, LLP located at the 200 Berkley Street, Boston, MA.

　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　 /s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　302-472-4900
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED:  May 15, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 8, 2008 to the following counsel:

>Sheldon N. Sandler, Esquire
>Young, Conaway, Stargatt & Taylor
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

>    /s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire