IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-225-MPT |
| | ) |
| DELOITTE & TOUCHE, LLP, and | ) Jury Trial Demanded |
| DELOITTE & TOUCHE, USA, LLP, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on June 25, 2008, a true and correct copy of **Defendants' Responses to Plaintiff's Seventh Request for Production Directed to Defendants** was delivered by hand to the following counsel of record:

> Gary W. Aber, Esq.
> First Federal Plaza, Suite 600
> 702 King Street
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler, Esquire*

Sheldon N. Sandler, Esquire (No. 0245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email: ssandler@ycst.com
*Attorneys for Defendants*