IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-225-MPT |
| | ) |
| DELOITTE & TOUCHE LLP, and | ) Jury Trial Demanded |
| DELOITTE & TOUCHE USA LLP, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through the undersigned counsel, hereby move for summary judgment in the above-captioned action pursuant to Federal Rule of Civil Procedure 56. The grounds for this Motion are set forth in Defendants' Opening Brief, which is filed simultaneously herewith.

Respectfully submitted,

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (Bar I.D. 0245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
E-mail: ssandler@ycst.com
*Attorneys for Defendants*

Dated: July 18, 2008