IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALAN D. PAUL, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-225 (MPT) |
| | ) Trial By Jury Demanded |
| DELOITTE & TOUCHE, LLP, | ) |
| and DELOITTE & TOUCHE, USA, LLP, | ) |
| Defendants | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties in the above-captioned matter, subject to approval by the Court, that the briefing schedule on Defendant's Motion for Summary Judgment will proceed as follows:

| | |
|---|---|
| Plaintiff's Answering Brief | August 13, 2008 |
| Defendant's Reply Brief | September 4, 2008 |
| Oral Argument (if necessary) | At the pleasure of the Court. |

*The court reserves whether pretrial & trial dates will be modified as a result of this change in the briefing schedule*

| ABER, GOLDLUST, BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ Gary W. Aber | /s/ Sheldon N. Sandler |
| GARY W. ABER (DSB #754) | SHELDON N. SANDLER (DSB #245) |
| First Federal Plaza, Suite 600 | 1000 West Street, 17th Floor |
| 702 King Street, P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| 302-472-4900 | (302) 571-6673 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED this ____4____ day of _August_, 2008

_____
The Honorable Mary Pat Thynge